**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BASALITE CONCRETE PRODUCTS, LLC; PACIFIC COAST BUILDING PRODUCTS, INC., | No. 13-16223 |
| Plaintiffs - Appellants, | D.C. No. 2:12-cv-02814-WBS-EFB |
| v. | ORDER* |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CHARTIS SPECIALTY INSURANCE COMPANY, formerly known as AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Argued and Submitted August 14, 2015
San Francisco, California

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Before: TALLMAN and CALLAHAN, Circuit Judges and ROSENTHAL,[**] District Judge.

We **AFFIRM** the district court and adopt as the basis for our decision the well-reasoned Memorandum and Order granting the motion to dismiss.

---

[**] The Honorable Lee H. Rosenthal, District Judge for the U.S. District Court for the Southern District of Texas, sitting by designation.